
Taras Kick (State Bar No. 143379)
Taras@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Telephone:   (310) 395-2988
Facsimile:    (310) 395-2088

Jeffrey D. Kaliel, CA Bar No. 238293
(jkaliel@kalielpllc.com)
Sophia G. Gold, CA Bar No. 307971
(Sgold@kalielpllc.com)
**KALIEL PLLC**
1875 Connecticut Ave. NW 10th Floor
Washington, D.C. 20009
Telephone: (202) 350-4783

Attorneys for Plaintiffs Roxanne Wicks,
Claudine Saldivar, Barbara Bustamante, and
all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROXANNE WICKS, CLAUDINE SALDIVAR, AND BARBARA BUSTAMANTE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PATELCO CREDIT UNION, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 4:20-CV-04586-HSG<br><br>**ORDER TO REMAND**<br>**(as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>Case Removed: July 9, 2020 |

**ORDER**

GOOD CAUSE THEREFORE APPEARING, including the parties' stipulation for such, this case is ordered remanded to the Superior Court of California for the County of Alameda as this Court lacks subject matter jurisdiction over this case. The Clerk is directed to remand this case and close the file.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 10, 2020

_____
The Honorable Haywood S. Gilliam, Jr.